IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01695-MSK-MJW

ANDREA POWERS, *individually*,

Plaintiff,

v.

GERBER LIFE INSURANCE COMPANY, *a New York corporation*,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the parties' Joint Motion to Amend Scheduling Order to Extend Expert Disclosure and Discovery Cut-Off Deadlines (Docket No. 22) is GRANTED for good cause shown. The Scheduling Order (Docket No. 21) is AMENDED such that:

- Plaintiff's affirmative expert witness designation and disclosures are due on or before March 2, 2015;
- Defendant's affirmative expert witness designation and disclosures are due on or before April 2, 2015;
- Designation and disclosures for rebuttal experts are due on or before April 20, 2015;
- The discovery cut-off is May 14, 2015; and
- The deadline to file dispositive motions is May 28, 2015.

Date: January 9, 2015